Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile:  (310) 861-9051

The Aiwazian Law Firm
410 Arden Avenue, Suite 203
Glendale, California 91203

R. Rex Parris Law Firm
42220 10th Street West, Suite 109
Lancaster, California 93534

Attorneys for Plaintiff Angela Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANGELA GARCIA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., a Delaware corporation; CITIBANK, N.A, a national association; and Does 1 through 10,<br><br>　　　　Defendants. | Case No.: C 11-00692 PSG<br><br>**CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.**<br><br>xxxxxxxxxxxx)] **ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

On the Parties' Joint Stipulation to Continue Initial Case Management Conference and **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that:

- The last date for the Parties to meet and confer regarding initial disclosures, settlement ADR process selection, and discovery plan is continued to May 26, 2011;
- The last day for the Parties to file ADR Certification, and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to May 26, 2011;
- The last day for the Parties to file their Rule 26(f) Report and complete initial disclosures is continued to June 7, 2011;
- The date of the Initial Case Management Conference is continued to June 14, 2011.

IT IS SO ORDERED

Dated: April 28, 2011

Hon. Paul S. Grewal
Magistrate Judge of the U.S. District Court