Matthew T. Theriault (SBN 244037)
Matthew.Theriault@CapstoneLawyers.com
Robert Friedl (SBN 134947)
Robert.Friedl@CapstoneLawyers.com
Katherine Kehr (SBN 226559)
Katherine.Kehr@CapstoneLawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Angela Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA GARCIA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., a Delaware corporation; CITIBANK, N.A, a national association; and Does 1 through 10,<br><br>Defendants. | Case No.: C 11-00692 EMC<br><br>CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE** ; ORDER RESETTING CMC<br><br>Date: April 22, 2014<br>Time: 9:30 a.m.<br>Place: Courtroom 5 |

1   Plaintiff Angela Garcia ("Plaintiff") and Defendants Citigroup Inc. and CITIBANK,
N.A. ("Defendants") (together the "Parties") hereby submit this Joint Case Management
Statement and Request for Continuance in advance of the April 22, 2014 Case Management
Conference.

Plaintiff contends that she has additional claims in this action that are not released by the settlement in the related *Davis v. Citibank N.A.* matter, Orange County Superior Court Case No. 30-2008-00060145-CU-OE-CXC. Defendants contend that Plaintiff has no unreleased claims that could or should be resolved in this action or otherwise.

The Parties are currently conducting negotiations to settle Plaintiff's remaining claims on an individual basis, and believe that they may be able to resolve this matter informally. Accordingly, the Parties request that the Court continue the April 22, 2014 Case Management Conference by 30 days to May 22, 2014 or as soon thereafter as this Court is available. The Parties will report on the status of their settlement negotiations at or before that time and dismiss this matter if a settlement is reached.

Dated: April 14, 2014                Respectfully submitted,

                                     Capstone Law APC

                                     By: _____
                                     Matthew T. Theriault
                                     Robert Friedl
                                     Katherine Kehr
                                     Jonathan Lee
                                     Attorneys for Plaintiff Angela Garcia

Dated: April 14, 2014                Respectfully submitted,

                                     Keesal, Young & Logan

IT IS SO ORDERED that the
CMC is reset from 4/22/14            By: _____
to 5/22/14 at 9:00 a.m. An           Christopher A. Stecher
updated joint CMC Statement          Attorneys for Defendants Citigroup Inc. and
shall be filed by 5/15/14.

_____
Edward M. Chen, U.S. District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]