1  MATTHEW T. THERIAULT (SBN 244037)
   *Matthew.Theriault@capstonelawyers.com*
2  ROBERT FRIEDL (SBN 134947)
   *Robert.Friedl@capstonelawyers.com*
3  Capstone Law APC
4  1840 Century Park East, Suite 450
   Los Angeles, California 90067
5  Telephone: (310) 556-4811
   Facsimile: (310) 943-0396
6
7  Attorneys for Plaintiff Angela Garcia

8  LISA M. BERTAIN, CASB No. 124646
   *lisa.bertain@kyl.com*
9  CHRISTOPHER A. STECHER, CASB No. 215329
   *christopher.stecher@kyl.com*
10 NATHAN R. JASKOWIAK, CASB No. 248007
   *nathan.jaskowiak@kyl.com*
11 KEESAL, YOUNG & LOGAN
12 A Professional Corporation
   450 Pacific Avenue
13 San Francisco, California  94133
   Telephone:    (415) 398-6000
14 Facsimile:    (415) 981-0136
15
   Attorneys for Defendants
16 CITIGROUP INC. and CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA GARCIA, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP INC., a Delaware corporation; CITIBANK, N.A., a national association; and Does 1 through 10, <br><br> Defendants. | Case No. CV11–00692 EMC <br><br> *Action Filed: February 15, 2011* <br><br> ASSIGNED FOR ALL PURPOSES TO: <br>          *Judge Edward M. Chen* <br><br> **NOTICE OF SETTLEMENT** <br><br> ORDER RESETTING CMC |

**TO THE HONORABLE EDWARD M. CHEN, UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE THAT Plaintiff ANGELA GARCIA ("Plaintiff"), on the one hand, and Defendants CITIGROUP INC. ("Citigroup") and CITIBANK, N.A. ("Citibank") (collectively referred to as "Defendants"), on the other hand, respectfully submit the following Notice of Settlement. Plaintiff and Defendants are collectively referred to as the "Parties."

The Parties have finalized a settlement agreement resolving this matter in its entirety. Accordingly, the Parties respectfully request that the Court vacate all hearings and other events currently on calendar, including Case Management Conference scheduled for May 22, 2014.

Plaintiff shall file a Stipulation of Voluntary Dismissal of the Lawsuit in its entirety once the terms of the final settlement agreement have been fulfilled.

Respectfully submitted by,

DATED: May 15, 2014

/s/ Christopher A. Stecher
LISA M. BERTAIN
CHRISTOPHER A. STECHER
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP INC. and CITIBANK, N.A.

DATED: May 15, 2014

/s/ Matthew T. Theriault [1]
REBECCA LABAT
RAUL PEREZ
MATTHEW T. THERIAULT
ROBERT FRIEDL
JONATHAN LEE
CAPSTONE LAW APC
Attorneys for Plaintiff
ANGELA GARCIA

```
IT IS SO ORDERED that the
CMC is reset from 5/22/14
to 7/24/14 at 9:30 a.m. An
updated joint CMC Statement
shall be filed by 7/17/14.
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE
```

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

[1] *Filer's Attestation: Pursuant to* _____ *(3), Christopher A. Stecher hereby attests that concurrence in the filing of this* _____ *obtained from Matthew T. Theriault.*

NOTICE OF SETTLEMENT — CASE NO. CV11-00692 EMC

KYL_SF640372