Matthew T. Theriault (SBN 244037)
Matthew.Theriault@CapstoneLawyers.com
Stan Karas (SBN 222402)
Stan.Karas@capstonelawyers.com
Katherine Kehr (SBN 226559)
Katherine.Kehr@CapstoneLawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:      (310) 943-0396

Attorneys for Plaintiff Angela Garcia

Lisa M. Bertain, CASB No. 124646
lisa.bertain@kyl.com
Christopher A. Stecher, CASB No. 215329
christopher.stecher@kyl.com
Nathan R. Jaskowiak, CASB No. 248007
nathan.jaskowiak@kyl.com
Keesal, Young & Logan APC
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendants Citigroup Inc. and Citibank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA GARCIA, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITIGROUP INC., a Delaware corporation; CITIBANK, N.A, a national association; and Does 1 through 10,<br><br>    Defendants. | Case No.:  C 11-00692 EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.<br><br>**JOINT STIPULATION RE DISMISSAL PURSUANT TO FCRP 41(a)(1)(A)(ii)** |

1      Plaintiff Angela Garcia ("Plaintiff") and Defendants Citigroup Inc. and Citibank, N.A.

2  ("Defendants") (together the "Parties"), by and through their counsel of record, hereby

3  stipulate to the dismissal with prejudice of the above-captioned civil action in its entirety,

4  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys'

5  fees.

8  Dated: July 14, 2014          Respectfully submitted,

9                            Capstone Law APC

11                         By: _____

12                            Matthew T. Theriault
                                Stan Karas

13                            Katherine Kehr
                                Jonathan Lee

14                            Attorneys for Plaintiff Angela Garcia

16  Dated: July 14, 2014          Respectfully submitted,

17                            Keesal, Young & Logan

19                         By: _____

20                            Lisa M. Bertain
                            Christopher A. Stecher

21                            Nathan R. Jaskowiak

22                            Attorneys for Defendant Citigroup Inc. and
                            Citibank, N.A.

JOINT STIPULATION RE DISMISSAL

1

**Certification of Compliance with N.D. Cal. Local Rule 5-1(i)(3)**

2        I hereby attest that pursuant to N.D. Cal. Local Rule 5-1(i)(3), I have obtained the

3    authorization from the above signatories to file the above-referenced document, and that

4    the above signatories concur in the filing's content.

5        I certify under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct. Executed on July 14, 2014.

7

8                                     Capstone Law APC

9

10   By: _____

         Jonathan Lee

11

12                                     Attorneys for Plaintiff Angela Garcia

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28